UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

    Roxana Rodriguez Delgado        Case No. 14-14136-RAM


    Debtor.        Chapter 13
_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

**COMES NOW,** the Debtor, by and through her undersigned counsel and file this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On February 21, 2014 the instant case was filed.

2. Debtor's First Amended Chapter 13 plan was confirmed on August 20, 2014.

3. Debtor participated in the Loan Modification Mediation program and his modification was denied.

4. The mediator issued a final report on December 18, 2014.

5. Debtor desires to modify his plan in order to cure and maintain his homestead property and save his homestead.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving debtor's First Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtors
355 W 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:/s/ Robert Sanchez_____
    Robert Sanchez, Esq., FBN#0442161