

ORDERED in the Southern District of Florida on June 15, 2015.

Robert A. Mark, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:   Roxana Rodriguez Delgado                    Case No: 14-14136-RAM
                                                     Chapter 13

_____Debtor_____/

### ORDER CONTINUING MOTION TO ALLOW LATE FILED PROOF OF CLAIM

**THIS MATTER** having come to be heard on this 9th day of June, 2015 upon Debtor's Motion to Allow Late Filed Proof of Claim, IT IS;

**ORDERED AND ADJUDGED:**

1. The Motion to Allow Late Filed Proof of Claim is continued to:

> **Date: July 14, 2015**
> **Time: 9:00 a.m.**
> **Location: C. Clyde Atkins U.S. Courthouse**
> **301 North Miami Avenue**
> **Courtroom Number 4**
> **Miami, FL 33128**

# # #

The Law Office of Robert Sanchez, P.A., is hereby directed to mail a conformed copy of this order to all affected parties.