**UNITED STATES BANKRUPTCY COURT**
**MIAMI**
**SOUTHERN DISTRICT OF FLORIDA DIVISION**

CASE NO.: 14-14136-BKC-RAM
PROCEEDING UNDER CHAPTER 13

IN RE:

ROXANA RODRIGUEZ DELGADO

DEBTOR_____/

**REPORT OF NON-COMPLIANCE WITH LOCAL RULE 3070-1(B)**

Nancy K. Neidich, Esquire, Standing Chapter 13 Trustee in the above matter, reports to this Court as follows:

1. The Debtor, pursuant to Local Rule 3070-1(B) was to be current in all payments under the confirmed Chapter 13 Plan on or before **October 25, 2015**. The Debtor did not comply with the said order.

2. Accordingly, the Trustee reports that this case should be dismissed with prejudice to the Debtor filing any bankruptcy proceeding for a period of 180 days from entry of the Order of Dismissal pursuant to the terms of said Order.

**WHEREFORE**, the Trustee reports these facts to the Court for appropriate action.
**RESPECTFULLY SUBMITTED** this 6th day of November, 2015.

  /s/ Nancy K. Neidich_____
  NANCY K. NEIDICH, ESQUIRE
  STANDING CHAPTER 13 TRUSTEE
  P.O. BOX 279806
  MIRAMAR, FL  33027-9806

CC: ROXANA RODRIGUEZ DELGADO
    ROBERT SANCHEZ, ESQUIRE